LOUIS HANSEN, Respondent, *v.* ADAMS GREASE GUN CORPORATION et al., Appellants.

Argued June 3, 1938; decided July 7, 1938.

*Selby G. Smith* for Adams Grease Gun Corporation, appellant.

*Bertram Sommer* for Trageser Steam Copper Works, appellant.

*Philip Halpern* and *Alfred D. Conn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.